# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Luis Antonio Rosado Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:24-cv-00108-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Langdon | ) | |
| Cindy Hayes | ) | |
| Loris Sutton | ) | |
| Kevin Freeman | ) | |
| Charles Bumgarner | ) | |
| FNU Haynks | ) | |
| Christine M. Khandelwal, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2024 Order.

Signed: June 12, 2024

Katherine Hord Simon, Clerk
United States District Court